# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D2023-3585
5D2023-3587
LT Case No. 2019-CF-003298-A
2019-CF-003299-A

_____

GUMERSINDO REYES II,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Donna M. Goerner, Judge.

Matthew J. Metz, Public Defender, and Allison A. Havens,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Mitchell
Sanders, Assistant Attorney General, Daytona Beach, for
Appellee.

September 27, 2024

PER CURIAM.

In these consolidated *Anders** appeals, we affirm the revocations of probation and the judgments and sentences. Because the records do not include written revocation orders that identify the terms and conditions of probation violated, we remand to the trial court with instructions to enter, in each case, a written revocation order that identifies the terms and conditions of probation that the trial court, in its oral pronouncement, found Reyes to have violated. *See Morrison v. State*, 369 So. 3d 779 (Fla. 5th DCA 2023) (citing *Barber v. State*, 342 So. 3d 297, 297 (Fla. 5th DCA 2022)).

AFFIRMED and REMANDED with instructions.

MAKAR, JAY, and PRATT, JJ., concur.

––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––

---

* *Anders v. California*, 386 U.S. 738 (1967).